UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:25-cr-137-WWB-MCR
    18 U.S.C. § 1701

STEPHEN JANOSICK

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Between in or about July 2024, and on or about December 18, 2024, in the Middle District of Florida, the defendant,

STEPHEN JANOSICK,

did knowingly and willfully obstruct the passage of the mail.

In violation of 18 U.S.C. § 1701.

GREGORY W. KEHOE,
United States Attorney

By: _____
Kelli Swaney
Assistant United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney
Deputy Chief, Jacksonville Division